# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENDRICK LACOSTE AND KENNETH
LACOSTE

VERSUS

STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PRISON

NO.  2026 CW 0085

**FEBRUARY 23, 2026**

---

In Re:   Kendrick Lacoste, Kenneth Lacoste, Kiara Lacoste, Kalil
Desilva and Satonia Lacoste, applying for supervisory
writs, 20th Judicial District Court, Parish of West
Feliciana, No. 23344.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.** The district court's
December 29, 2025 judgment which granted the motion for summary
judgment filed by defendants, State of Louisiana, through the
Department of Public Safety & Corrections, Sgt. Benjamin Barnes,
Cadet Quatangelia Anderson, Lt. Tammy McDonald, and Sgt. Twyla
Ware, and dismissed plaintiffs' claims against those defendants,
is an appealable judgment. Thus, the writ application is granted
for the limited purpose of remanding this matter to the district
court with instructions to grant an appeal to plaintiffs, Kendrick
Lacoste, Kenneth Lacoste, Kiara Lacoste, Kalil Desilva, and
Satonia Lacoste, pursuant to their notice of intent to seek
supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989)
(*per curiam*). Additionally, a copy of this court's order is to be
included in the appellate record.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT